IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ERIC DAILEY                                                                                          PLAINTIFF

      v.                              Civil No. 08-5001

THE STATE OF ARKANSAS;
BENTON COUNTY; JUDGE
JEFFRIE RAY CONNER; JUDGE
XOLLIE DUNCAN; JUDGE JOHN
R. SCOTT; Deputy Prosecutor Attorney
JONI R. ROSE; CPL. DIANE M. SPAIN;
in their individual and official capacities                                              DEFENDANTS

## **ORDER**

Plaintiff's Complaint was filed on January 4, 2008, and his application to proceed in forma pauperis was granted on that same date. The Clerk of Court is now hereby directed to add Defendants Judge Xollie Duncan and Judge John R. Scott to the case, in accordance with the defendants named in Plaintiff's original complaint.

IT IS SO ORDERED this 7th day of January 2008.

                                                          */s/* *J. Marschewski*
                                                          HON. JAMES R. MARSCHEWSKI
                                                          UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)